# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE:  **Darious Deshawn BRITT**

I,           Bryan Alvarez           , declare and state as follows:

1. On December 10, 2019 at approximately 8:12 am, Homeland Security Investigations (HSI) Special Agents (SAs) received a request for investigative assistance from United States Border Patrol Agents (BPAs) at the Laredo North Border Patrol Checkpoint located on Interstate 35 (I35) at mile marker 29, in the Southern District of Texas in reference to a human smuggling event. HSI SAs responded to the United States Border Patrol station to conduct interviews.

2. HSI SAs responded to the checkpoint and interviewed BPAs. BPAs stated at approximately 7:40 am, while working their assigned duties at to the checkpoint, a yellow tractor towing a white trailer approached the primary inspection lane. During the immigration inpection of the driver, Darious BRITT, a United States Citizen (USC), BPAs asked BRITT if he would be willing to drive through the Vehicle Air and Cargo Inspection System (VACIS). BRITT consented and during the VACIS scan, BPAs noticed several anomlies. BPAs asked BRITT to exit the vehicle and asked for consent to search the cab of the tractor. BRITT consented and during the search of the tractor BPAs located eighteen (18) individuals in the sleeper area of the tractor. BPAs conducted an immigration inspection which concluded all eighteen (18) individuals were undocumented aliens (UDAs) illegally present in the United States with no documentation allowing them to enter or remain. At this time, BRITT attempted to flee on foot, by running towards the ranch east of the checkpoint. BPAs were able to track and apprehend BRITT.

3. SAs approached BRITT and advised him of his Miranda Warnings both verbally and in writing. BRITT stated he did not wish to speak with SAs.

4. Wendy ROMERO-Romero, Transito GONZALEZ-Xon, and Rafael QUISQUINA-Valiente, all foreign nationals from Guatamala, admitted to illegally entering the United States by crossing the Rio Grande River to then be smuggled to varous cities within the United States for various amounts of money and all three (3) subjects will be held as material witnesses in this case. ROMERO-Romero identifed Darious BRITT from a six pack photo array and stated she recognized him as the driver of the tractor. GONZALEZ-Xon descrobed the driver as a black male, wearing a hoodie sweater, which matches BRITT's appearance.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the ___10th___ day of ___December___, ___2019___.

_____
Bryan Alvarez
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, _____.

_____
UNITED STATES MAGISTRATE JUDGE